IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ) ) ) Plaintiff, ) ) v. ) ) ) THE FINISH LINE, INC., ) ) Defendant. ) | Civil Action No. 3:11-cv-00920<br><br>Judge Haynes<br><br>Jury Trial Demand |

Exhibit 1

## PLAINTIFF'S RESPONSE TO DEFENDANT'S THIRD REQUEST FOR ADMISSIONS

Plaintiff, Equal Employment Commission, whose business address is 1407 Union Avenue, Suite 901, Memphis, Tennessee, 38104, submits the following response to Defendant's First Request For Admissions served upon it by Defendant, Finish Line, Inc., in the above entitled civil action.

### REQUESTS FOR ADMISSIONS

1. Admit that the document attached hereto as Ex. A is a true and accurate copy of correspondence sent on March 2, 2012, by Kenneth Anderson, counsel for the EEOC in this lawsuit, to Jonathan O. Hanis, counsel for Finish Line.

   **RESPONSE:** ADMITTED.

2. Admit that in the correspondence attached hereto as Ex. A, the EEOC communicated the following to Finish Line: "The Commission does not anticipate filling a withdrawal notice with the Court regarding its decision to no longer include Ms.

Brooke Defosse as a claimant in the above-referenced litigation. The Commission has clearly communicated that it will no longer pursue any claims on her behalf to Defendant and does not believe it is necessary to address the matter further."

**RESPONSE:** ADMITTED.

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 011730

JOSEPH CROUT
Supervisory Trial Attorney
TN Bar No. 012957

s/ Kelley Thomas (by KPA)
Kelley Thomas
Trial Attorney
TN Bar No. 023926

s/ Kenneth Anderson
Kenneth Anderson
Trial Attorney
D.C. Bar No. 469576

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
1407 Union Avenue, Suite 901
Memphis, TN 38104
(901) 544-0099

s/ Mark Chen (by KPA)
MARK CHEN
Trial Attorney
TN Bar No. 014268

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
220 Athens Way, Suite 350
Nashville, TN 37228-1327
(615) 736-5784

## CERTIFICATE OF SERVICE

I certify that on March 16, 2012, a copy of the foregoing Plaintiff Equal Employment Opportunity Commission's Responses to Defendant's Third Request for Admissions was served by regular U.S. mail.

> Jonathan O. Harris
> Jennifer S. Rusie
> Jessica T. Patrick
> Ogletree, Deakins, Nash,
> Smoak & Stewart PC
> SunTrust Plaza, Suite 1200
> 401 Commerce Street
> Nashville, TN 37219

s/ Kenneth Anderson
Kenneth Anderson
