IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
    Plaintiff, )    No. 3:11-cv-00920
)     Chief Judge Haynes
v. )
)
THE FINISH LINE, INC., )
)
    Defendant. )
)

## VERDICT

### A. Kayla Roberts

1. Did the Defendant violate Title VII of the Civil Rights Act of 1964, as amended, by subjecting Kayla Roberts to a hostile work environment through the conduct of its manager??

    Yes __X__ No _____

    If you answered "Yes," please answer question 1a. If you answered "No," proceed to question 2.

1a. Did the Defendant violate Title VII of the Civil Rights Act of 1964, as amended, by constructively discharging Kayla Roberts as a result of the hostile work environment?

    Yes _____ No __X__

1b. If you found Defendant liable for violating Title VII under either of the above theories, please state the amount of damages you assess, if any, for the claimant Kayla Roberts against the Defendant.

    $ _10,000.00_____

1c. Did the Defendant act with malice or reckless indifference to Kayla Roberts's protected federal rights?

Yes _____ No __X__

### B. Ashley Hopmayer

2. Did the Defendant violate Title VII of the Civil Rights Act of 1964, as amended, by subjecting Ashley Hopmayer to a hostile work environment through the conduct of its manager?

Yes __X__ No _____

If you answered "Yes," please answer question 2a. If you answered "No," proceed to question 3.

2a. Did the Defendant violate Title VII of the Civil Rights Act of 1964, as amended, by constructively discharging Ashley Hopmayer as a result of the hostile work environment?

Yes _____ No __X__

2b. If you found Defendant liable for violating Title VII under either of the above theories, please state the amount of damages you assess, if any, for the claimant Ashley Hopmayer against the Defendant.

$ 10,000.00

2c. Did the Defendant act with malice or reckless indifference to Ashley Hopmayer's protected federal rights?

Yes _____ No __X__

2

### C. Miranda Watson

3. Did the Defendant violate Title VII of the Civil Rights Act of 1964, as amended, by subjecting Miranda Watson to a hostile work environment through the conduct of its manager?

   Yes _X_ No ___

   If you answered "Yes," please answer question 3a. If you answered "No," proceed no further. Sign this form and return it to the Court.

3a. Did the Defendant violate Title VII of the Civil Rights Act of 1964, as amended, by constructively discharging Miranda Watson as a result of the hostile work environment?

   Yes _X_ No ___

3b. Did the Defendant retaliate against Miranda Watson for complaining about sexually harassing behavior to her employer, in violation of Title VII of the Civil Rights Act?

   Yes _X_ No ___

3c. If you found Defendant liable for violating Title VII under any of the above theories, please state the amount of damages you assess, if any, for the claimant Miranda Watson against the Defendant.

   $ 10,000.00

3d. Did the Defendant act with malice or reckless indifference to Miranda Watson's protected federal rights?

   Yes ___ No _X_

   Foreperson ' _____  Date January 31, 2013

3