*TIME AND EXPENSE INVOICE*

# SOLUTIONS ON POINT

------------------------------------------------------------------------------------Ms. Amy
Crockett                                                January 8, 2013

Ogltree, Deakins Smoak, Nash & Stewart
401 Commerce Street, Suite 1200
Nashville, Tennessee 37219

    Re:       The Finish Line vs. EEOC

    Matter#:     700605-00004

**HOURS:**     @110.00             =

**SURVEILLANCE**                =      N/A

**SKIP TRACE:**                  =      N/A

Subpoena Service 3@ 85          =      255.00
Courtesy Discount                       -85.00
                            **Miles:**       **Included**

*Medical Records Copy Invoice:*      =     *No Charge*

**OFFICE/EXPENSES:**      **COPIES**          =      23.50

*Subtotal:*              *255.00*
*Courtesy Discount:*        *-85.00*

*TOTAL: 170.00*

***PLEASE REMIT INVOICE UPON RECIEPT:**

SOLUTIONS ON POINT
POST OFFICE 293146
NASHVILLE, TENNESSEE 37229 – 3146

