*TIME AND EXPENSE INVOICE*

# SOLUTIONS ON POINT

-----------------------------------------------------------------------------------Ms. Amy Crockett                          January 14, 2013

Ogltree, Deakins Smoak, Nash & Stewart
401 Commerce Street, Suite 1200
Nashville, Tennessee 37219

    Re:       The Finish Line vs. EEOC

    Matter#:    700605-00004

**HOURS:**        @110.00              =

**SURVEILLANCE**                       =    N/A

**SKIP TRACE:**                          =    N/A

Subpoena Service 3@ 85             =    85.00
Courtesy Discount
                    Miles:          Included

*Medical Records Copy Invoice:*    =    *No Charge*

**OFFICE/EXPENSES:**    COPIES           =

*Subtotal:*        85.00

*TOTAL:*  **$85.00**

***PLEASE REMIT INVOICE UPON RECIEPT:**

*SOLUTIONS ON POINT*
*POST OFFICE 293146*
*NASHVILLE, TENNESSEE 37229 – 3146*


EXHIBIT B