

**VOWELL AND JENNINGS**

214 2nd Avenue, North  Ph. 615-256-1935
Nashville, TN 37201  Fax 615-244-3434

RECEIVED
MAR 29 2012

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150341 | 3/28/2012 | 65610 |
| Job Date | Case No. | |
| 3/9/2012 | 3:11-CV-00920 | |

| Case Name |
|---|
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

*700605.00004*

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kayla Roberts | 228.00 Pages | @ | 5.35 | 1,219.80 |
| Exhibit | 105.00 Pages | @ | 0.25 | 26.25 |
| Hourly Attendance | 7.25 Hours | @ | 35.00 | 253.75 |
| Parking | | | 15.00 | 15.00 |
| UPS Ground | | | 13.90 | 13.90 |

**TOTAL DUE >>>  $1,528.70**

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # **00198**  Location # **106**
Approved by **MWS**  Date **4-4-12**
Timekeeper # _____
G/L Code **02012**
Client Matter # **700605.4**
Cost Code _____
Voucher # 885370  Pay Date 4/24

Tax ID: 62-1115311                                           Phone: 615-254-1900  Fax: 254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No. : 150341
Invoice Date : 3/28/2012
**Total Due** : **$ 1,528.70**

Remit To: **Vowell & Jennings, Inc.**
Court Reporting & Legal Video Services
214 Second Avenue, North - Suite 207
Nashville, TN 37201

Job No. : 65610
BU ID : 1-VJ
Case No. : 3:11-CV-00920
Case Name : Equal Employment Opportunity Commission vs. The Finish Line, Inc.

**EXHIBIT C**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150405 | 4/9/2012 | 65611 |
| Job Date | Case No. | |
| 3/9/2012 | 3:11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

**V J VOWELL AND JENNINGS**
214 2nd Avenue, North    Ph. 615-256-1935
Nashville, TN 37201    Fax 615-244-3434

RECEIVED APR 10 2012

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

7006 05.4

VIDEO SERVICES FOR DEPOSITION OF:
Kayla Roberts                                                                1,313.75
SALES TAX                                                                        4.88

**TOTAL DUE >>>    $1,318.63**

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998       Location # 106
Approved by  MWS      Date 4-13-12
Timekeeper #
G/L Code  02012
Client Matter # 7006054
Cost Code
Voucher # 888377      Pay Date 5/1

Tax ID: 62-1115311                                  Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.   : 150405
Invoice Date  : 4/9/2012
**Total Due**    : **$ 1,318.63**

Remit To: **Vowell & Jennings, Inc.**
Court Reporting & Legal Video Services
214 Second Avenue, North - Suite 207
**Nashville, TN 37201**

Job No.    : 65611
BU ID      : Video
Case No.   : 3:11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line, Inc.