# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150453 | 4/5/2012 | 65603 |
| Job Date | Case No. | |
| 3/23/2012 | 3:11-CV-00920 | |

**Case Name**

Equal Employment Opportunity Commission vs. The Finish Line, Inc.

**Payment Terms**

Due upon receipt

**VOWELL AND JENNINGS**
214 2nd Avenue, North   Ph. 615-256-1935
Nashville, TN 37201   Fax 615-244-3434

RECEIVED APR 06 2012

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN  37219

700605-4

ORIGINAL TRANSCRIPT OF:
Brook DeFosse                                                                                                      361.00

TOTAL DUE >>>    $361.00

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # DD1998   Location # 106
Approved by mms   Date 4-10-12
Timekeeper #
G/L Code  0201a
Client Matter #  700605.4
Cost Code
Voucher #  886997   Pay Date  5/1

**Tax ID:** 62-1115311                                          Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN  37219

Invoice No.   : 150453
Invoice Date  : 4/5/2012
**Total Due**   : **$ 361.00**


EXHIBIT D

Job No.    : 65603
BU ID      : 1-VJ
Case No.   : 3:11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line, Inc.

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting & Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN  37201**