KFB Court Reporting, Inc.
P.O. Box 3776
Clarksville, TN 37043

7 00605.4

# INVOICE

OGLETREE DEAKINS NASH SMOAK & STEWART PC
ATTN: Jonathan O. Harris
402 SunTrust Plaza
Suite 1200
Nashville, TN 37219

Invoice Number: 100078
Invoice Date: 06/25/2012

In RE: EEOC v. The Finish Line, Inc.; Docket No. 3:11-cv-0920
Gallian Fulton III
Attendance Date: 03/29/2012, 10:00am

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 208 | Pages - Copy of Deposition Transcript | 2.00 | 416.00 |
| 103 | Exhibits - Scanned In | 0.25 | 25.75 |
| 1 | Postage/Courier Fee | 8.00 | 8.00 |
| | Invoice Total: | | 449.75 |

We Appreciate Your Business

Tax ID: 45-4334341

Website: www.kfbreporting.com
Direct: 931.206.2003

Please make checks payable to:
KFB Court Reporting, Inc.

We accept Visa, Mastercard, Discover.

Vendor # _____ Location # 104
Approved by MWS  Date 7-3-12
Timekeeper # _____
G/L Code  02012
Client Matter # 700605.4
Cost Code _____
Voucher # 913552  Pay Date 7/17


EXHIBIT E