

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150599 | 4/10/2012 | 65608 |
| Job Date | Case No. | |
| 3/30/2012 | 3:11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

RECEIVED
APR 11 2012

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

700605.4

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
  Miranda Watson                                                      1,406.70

                                       TOTAL DUE >>>     $1,406.70

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998    Location # 106
Approved by MWS    Date 4-13-12
Timekeeper #
G/L Code  02012
Client Matter # 700605.4
Cost Code
Voucher # 888376    Pay Date 5/1

**Tax ID:** 62-1115311                    Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.  : 150599
Invoice Date : 4/10/2012
**Total Due** : **$ 1,406.70**

Job No.   : 65608
BU ID     : 1-VJ
Case No.  : 3:11-CV-00920
Case Name : Equal Employment Opportunity Commission vs. The Finish Line, Inc.

Remit To: **Vowell & Jennings, Inc.**
  **Court Reporting & Legal Video Services**
  **214 Second Avenue, North - Suite 207**
  **Nashville, TN 37201**

EXHIBIT
F

# INVOICE

**VOWELL AND JENNINGS**
214 2nd Avenue, North  Ph. 615-256-1935
Nashville, TN 37201  Fax 615-244-3434

RECEIVED APR 19 2012

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150701 | 4/18/2012 | 65609 |
| Job Date | Case No. | |
| 3/30/2012 | 3:11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

700605 - 4

VIDEO SERVICES FOR DEPOSITION OF:
    Miranda Watson                                                648.75
        SALES TAX                                                   4.88

                                            **TOTAL DUE >>>    $653.63**

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998   Location # 106
Approved by MNS5   Date 4-20-12
Timekeeper # _____
G/L Code  02012
Client Matter #  700605.4
Cost Code _____
Voucher # _____   Pay Date _____

**Tax ID:** 62-1115311                        Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.  : 150701
Invoice Date : 4/18/2012
**Total Due** : **$ 653.63**

Remit To: **Vowell & Jennings, Inc.**
        Court Reporting & Legal Video Services
        214 Second Avenue, North - Suite 207
        Nashville, TN 37201

Job No.   : 65609
BU ID     : Video
Case No.  : 3:11-CV-00920
Case Name : Equal Employment Opportunity Commission vs. The Finish Line, Inc.