KFB Court Reporting, Inc.
P.O. Box 3776
Clarksville, TN 37043

700605.4

# INVOICE

OGLETREE DEAKINS NASH SMOAK & STEWART PC
ATTN: Jonathan O. Harris
402 SunTrust Plaza
Suite 1200
Nashville, TN  37219

Invoice Number:   100079
Invoice Date:   06/29/2012

In RE:  EEOC v. The Finish Line, Inc.; Docket No. 3:11-cv-0920
Donald ~~David~~ Goode
Attendance Date: 05/04/2012, 9:30am

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 232 | Pages - Original Deposition Transcript (Transcribed by Beverley Byard) | 4.00 | 928.00 |
| | Invoice Total: | | 928.00 |

We Appreciate Your Business

Tax ID: 45-4334341

Website: www.kfbreporting.com
Direct: 931.206.2003

Please make checks payable to:
KFB Court Reporting, Inc.

We accept Visa, Mastercard, Discover.

Vendor # _____  Location # 104
Approved by mwS  Date 7-3-12
Timekeeper # _____
G/L Code  02012
Client Matter # 700605.4
Cost Code _____
Voucher # 913551  Pay Date 7/24



EXHIBIT
G