# V J VOWELL AND JENNINGS

214 2nd Avenue, North   Ph. 615-256-1935
Nashville, TN 37201   Fax 615-244-3434

RECEIVED
MAY 2 4 2012

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151272 | 5/23/2012 | 66183 |
| **Job Date** | **Case No.** | |
| 5/8/2012 | 3:11-CV-00920 | |
| **Case Name** | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*700605 - 000004*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Robert Trail                                                   1,194.30

**TOTAL DUE  >>>**          **$1,194.30**

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998 Location # 106
Approved by mws      Date 5-30-12
Timekeeper #
G/L Code 02012
Client Matter # 700605.4
Cost Code
Voucher # 903176      Pay Date 6/19

---

**Tax ID:** 62-1115311                            Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

| | | |
|---|---|---|
| Invoice No. | : | 151272 |
| Invoice Date | : | 5/23/2012 |
| **Total Due** | : | **$ 1,194.30** |

EXHIBIT

tabbies

H

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting & Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

| | | |
|---|---|---|
| Job No. | : | 66183 |
| BU ID | : | 1-VJ |
| Case No. | : | 3:11-CV-00920 |
| Case Name | : | Equal Employment Opportunity Commission vs. The Finish Line, Inc. |