700605-4

# MERRILL CORPORATION
LegaLink, Inc.  4400 Old Canton Road
Suite 160
Jackson, MS 39211
Phone: 601.366.9676
Fax: 601.366.9756

RECEIVED
JUL 0 2 2012

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22040605 | 06/13/2012 | 2207-25549 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 05/21/2012 | ASSOCO | 3:11CV00920 |

| CASE CAPTION |
|---|
| EEOC v. The Finish Line, Inc. |
| TERMS |
| Immediate, sold FOB Merrill facility |

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center  → updated
424 Church Street Suite 800
Nashville, TN 37219

CERTIFIED E-TRANSCRIPT COPY OF TRANSCRIPT & WORD INDEX OF:
Regina Heller                                              524.00

                                    TOTAL   DUE  >>>>       524.00

If you have any questions regarding billing, please call us at (601)366-9676 or (228)-762-1035   WE APPRECIATE YOUR BUSINESS!!!

Deposition Location: Indianapolis, IN

Vendor # _____  Location # 106
Approved by MWS   Date 7-3-12
Timekeeper # _____
G/L Code  02012
Client Matter # 700605.4
Cost Code _____
Voucher # 913557   Pay Date 7/10

TAX ID NO.: 20-2665382                              (615) 726-2737

*Please detach bottom portion and return with payment.*

---

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
424 Church Street Suite 800
Nashville, TN 37219

Invoice No.: 22040605
Date       : 06/13/2012
**TOTAL DUE** :    524.00

Job No.  : 2207-25549
Case No. : 3:11CV00920
EEOC v. The Finish Line, Inc.

Remit To: LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384


EXHIBIT I