KFB Court Reporting, Inc.
P.O. Box 3776
Clarksville, TN 37043

RECEIVED
OCT 0 1 2012

# INVOICE

OGLETREE DEAKINS NASH SMOAK & STEWART PC
ATTN: Jonathan O. Harris
402 SunTrust Plaza
Suite 1200
Nashville, TN 37219

Invoice Number: 100115
Invoice Date: 09/27/2012

In RE: EEOC v. The Finish Line, Inc.; Docket No. 3:11-cv-0920
Sam Bolling
Attendance Date: 06/28/2012, 9:30am

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 150 | Pages - Copy of Transcript of Sam Bolling | 2.00 | 300.00 |
| 67 | Exhibits - Black & White, Scanned | 0.25 | 16.75 |
| 1 | Postage/Courier Fee | 8.00 | 8.00 |
| | Invoice Total: | | 324.75 |

We Appreciate Your Business

Tax ID: 45-4334341

Website: www.kfbreporting.com
Direct: 931.206.2003

Please make checks payable to:
KFB Court Reporting, Inc.

We gladly accept Visa, Mastercard, & Discover.
(Visit our website to make an online payment.)

EXHIBIT J