# INVOICE

## VJ VOWELL AND JENNINGS
214 2nd Avenue, North   Ph. 615-256-1935
Nashville, TN 37201     Fax 615-244-3434


AUG 13 2012

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152231 | 8/2/2012 | 67124 |
| Job Date | Case No. | |
| 7/16/2012 | 3:11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

700605-4

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN  37219

---

ORIGINAL TRANSCRIPT OF:

Barbara Roberts                                                                 617.55

                                         TOTAL DUE >>>              $617.55

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 00199 8   Location # 106
Approved by MWS   Date 8-16-12
Timekeeper # _____
G/L Code 02012
Client Matter # 700605.4
Cost Code _____
Voucher # 927072   Pay Date 8/28

---

Tax ID: 62-1115311                                   Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN  37219

| | |
|---|---|
| Invoice No. | : 152231 |
| Invoice Date | : 8/2/2012 |
| **Total Due** | **: $ 617.55** |

Remit To:  **Vowell & Jennings, Inc.**
           **Court Reporting & Legal Video Services**
           **214 Second Avenue, North - Suite 207**
           **Nashville, TN  37201**

| | |
|---|---|
| Job No. | : 67124 |
| BU ID | : 1-VJ |
| Case No. | : 3:11-CV-00920 |
| Case Name | : Equal Employment Opportunity Commission vs. The Finish Line, Inc. |

**EXHIBIT K**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152412 | 8/14/2012 | 67128 |
| Job Date | Case No. | |
| 7/16/2012 | 3:11-CV-00920 | |

**Case Name**

Equal Employment Opportunity Commission vs. The Finish Line, Inc.

**Payment Terms**

Due upon receipt

**VOWELL AND JENNINGS**
214 2nd Avenue, North, Nashville, TN 37201
Ph. 615-256-1935  Fax 615-244-3434

RECEIVED AUG 15 2012

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

7006054

VIDEO SERVICES FOR DEPOSITION OF:
Barbara Roberts                                                466.25

TOTAL DUE >>>                                           $466.25

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 00998    Location # 106
Approved by MWS    Date 8-16-12
Timekeeper # 
G/L Code 02012
Client Matter # 7006054
Cost Code 
Voucher # 927073    Pay Date 9/4

Tax ID: 62-1115311                                Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.  : 152412
Invoice Date : 8/14/2012
**Total Due** : $ 466.25

Remit To: **Vowell & Jennings, Inc.**
Court Reporting & Legal Video Services
214 Second Avenue, North - Suite 207
Nashville, TN 37201

Job No.   : 67128
BU ID     : Video
Case No.  : 3:11-CV-00920
Case Name : Equal Employment Opportunity Commission vs. The Finish Line, Inc.