## MERRILL CORPORATION
**LegaLink, Inc.**
4400 Old Canton Road
Suite 160
Jackson, MS 39211
Phone: 601.366.9676
Fax: 601.366.9756

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22041153 | 08/13/2012 | 2207-25943 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/24/2012 | ASSOCO | 3:11CV00920 |
| CASE CAPTION | | |
| EEOC v. The Finish Line, Inc. 70405.4 | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak, and Stewart   RECEIVED SEP 12 2012
Sun Trust Center
424 Church Street Suite 800
Nashville, TN 37219

```
CERTIFIED ELECTRONIC COPY OF TRANSCRIPT AND WORD INDEX OF:
    Tobias Mathis                                                    282.20

                                        TOTAL   DUE  >>>>            282.20

If you have any questions regarding billing, please call us at (601)366-9676 or
(228)-762-1035    WE APPRECIATE YOUR BUSINESS!!!

Deposition Location:  Indianapolis, IN
```

Vendor # _____  Location # 106
Approved by MWS  Date 9-17-12
Timekeeper # _____
G/L Code  02012
Client Matter # 700405.4
Cost Code _____
Voucher # 935182  Pay Date 10/2

TAX ID NO.: 20-2665382                                   (615) 726-2737

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
424 Church Street Suite 800
Nashville, TN 37219

Invoice No.: 22041153
Date       : 08/13/2012
**TOTAL DUE** :      282.20

Job No.   : 2207-25943
Case No.  : 3:11CV00920
EEOC v. The Finish Line, Inc.

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384


EXHIBIT L