**MERRILL CORPORATION**

LegaLink, Inc.  4400 Old Canton Road
Suite 160
Jackson, MS 39211
Phone: 601.366.9676
Fax: 601.366.9756

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22041486 | 09/28/2012 | 2207-26180 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/06/2012 | ROBEAW | 3:11CV00920 |

| CASE CAPTION |
|---|
| EEOC v. The Finish Line, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
401 Commerce Street Suite 1200
Nashville, TN 37219

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Crystal Freeman                                           694.00

                                  TOTAL   DUE   >>>>          694.00

If you have any questions regarding billing, please call us at (601)366-9676 or
(228)-762-1035    WE APPRECIATE YOUR BUSINESS!!!

Deposition Location: Myrtle Beach, SC

TAX ID NO.: 20-2665382                                      (615) 726-2737

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
401 Commerce Street Suite 1200
Nashville, TN 37219

Invoice No.: 22041486
Date       : 09/28/2012
**TOTAL DUE** :     694.00

Job No.  : 2207-26180
Case No. : 3:11CV00920
EEOC v. The Finish Line, Inc.

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384


EXHIBIT M

MERRILL CORPORATION
LegaLink, Inc.  4400 Old Canton Road
Suite 160
Jackson, MS 39211
Phone: 601.366.9676
Fax: 601.366.9756

RECEIVED JAN 31 2013

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22043015 | 01/23/2013 | 2208-26181 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/06/2012 | ROBEAW | 3:11CV00920 |

CASE CAPTION

EEOC v. The Finish Line, Inc.   700605-4

TERMS

Immediate, sold FOB Merrill facility

Amy L. Crockett
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
401 Commerce Street Suite 1200
Nashville, TN 37219

```
COPY OF VIDEOTAPE RECORDING OF:
    Crystal Freeman                                             430.00

                              TOTAL   DUE  >>>>                 430.00

If you have any questions regarding billing, please call us at (601)366-9676 or
(800)-372-DEPO     WE APPRECIATE YOUR BUSINESS!!!
```

TAX ID NO.: 20-2665382                                          (615) 726-2737

*Please detach bottom portion and return with payment.*

Amy L. Crockett
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
401 Commerce Street Suite 1200
Nashville, TN 37219

Invoice No.: 22043015
Date       : 01/23/2013
**TOTAL DUE** :     430.00

Job No.   : 2208-26181
Case No.  : 3:11CV00920
EEOC v. The Finish Line, Inc.

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384