# INVOICE

**VOWELL AND JENNINGS**
214 2nd Avenue, North, Nashville, TN 37201
Ph. 615-256-1935  Fax 615-244-3434

SEP 24 2012

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152868 | 9/21/2012 | 67782 |
| Job Date | Case No. ||
| 9/14/2012 | 3:11-CV-00920 ||
| Case Name |||
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. |||
| Payment Terms |||
| Due upon receipt |||

Jennifer S. Rusie
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

700605-4

ORIGINAL TRANSCRIPT OF:
Sarah Smith ................................................................. 702.07

**TOTAL DUE >>>   $702.07**

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998   Location # 106
Approved by MWS   Date 9-25-12
Timekeeper # _____
G/L Code 02012
Client Matter # 700605.4
Cost Code _____
Voucher # 943121   Pay Date 10/1/12

Tax ID: 62-1115311

Phone: 615-254-1900   Fax: 254-1908

*Please detach bottom portion and return with payment.*

Jennifer S. Rusie
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

| Invoice No. | : 152868 |
| Invoice Date | : 9/21/2012 |
| **Total Due** | : **$ 702.07** |

| Job No. | : 67782 |
| BU ID | : 1-VJ |
| Case No. | : 3:11-CV-00920 |
| Case Name | : Equal Employment Opportunity Commission vs. The Finish Line, Inc. |

**EXHIBIT N** (tabbies)

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting & Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**