

FREEDOM
FREEDOMREPORTING.COM
Phone: 205-397-2397 Local • 877-373-3660 Tollfree

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 137138 | 9/21/2012 | 108911 |
| Job Date | Cause No. | |
| 9/14/2012 | 3.11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line | | |
| Payment Terms | | |
| Due upon receipt | | |



SEP 24 2012

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446

7006054

ORIGINAL TRANSCRIPT OF:
| | | |
|---|---|---|
| Ashley Hopmayer | 76.00 Pages | 465.12 |
| Exhibit | 43.00 Pages | 15.05 |
| Half Day Per Diem | | 60.00 |
| Exhibits/CD Duplication | | 15.00 |
| Condensed | | 10.00 |
| Depo Drive | | 15.00 |
| Delivery - UPS Air Saver | | 16.12 |
| | **TOTAL DUE >>>** | **$596.29** |

Reporter: Audri Deason
Videotaped deposition.
Etran sent 9/20/12 with hard copies shipped out Friday, 9/21/12, next day air saver. Invoiced at four day expedited rates.
Read & sign sent c/o Kenneth Anderson.

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt./MA

Tax ID: 20-2776665

*Please detach bottom portion and return with payment.*

Vendor # 215320    Location # 106
Approved by MWS    Date 9-25-12
Timekeeper #
G/L Code 2012
Client Matter # 7006054
Cost Code
Voucher # 943113    Pay Date 10/1/10

Remit To: **Freedom Court Reporting, Inc**
2015 3rd Avenue North
Birmingham, AL 35203

Invoice No.   : 137138
Invoice Date  : 9/21/2012
**Total Due**     : **$ 596.29**

Job No.    : 108911
BU ID      : FCR
Cause No.  : 3.11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line



EXHIBIT



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136591 | 9/18/2012 | 108912 |

| Job Date | Case No. |
|---|---|
| 9/14/2012 | |

| Case Name |
|---|
| Equal Employment Opportunity Commission vs. The Finish Line |

| Payment Terms |
|---|
| Due upon receipt |

RECEIVED
SEP 20 2012

700605-4

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446

Ashley Hopmayer
| | | |
|---|---|---|
| Video Set-up/Appearance/1st Two Hours | | 350.00 |
| MPeg (s) - Original | 2.00 | 20.00 |
| Tape Archive | 2.00 | 30.00 |
| Hand Delivered | | 0.00 |
| **TOTAL DUE >>>** | | **$400.00** |

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt.

Vendor # 215320  Location # 104
Approved by MWS  Date 9-25-12
Timekeeper # 
G/L Code 0201
Client Matter # 700605.4
Cost Code 
Voucher # 443120  Pay Date 10/16

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446

Invoice No.   : 136591
Invoice Date : 9/18/2012
**Total Due**    : **$ 400.00**

Remit To: **Freedom Court Reporting, Inc**
2015 3rd Avenue North
Birmingham, AL 35203

Job No.      : 108912
BU ID        : FCR
Case No.     :
Case Name    : Equal Employment Opportunity Commission vs. The Finish Line