# ❖❖ HealthPort.
## INVOICE

Invoice #: **0105803100**
Date: **3/8/2012**
Customer #: 629395

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JONATHAN O HARRIS | JONATHAN O HARRIS | PSYCHIATRIC HOSP AT VANDERBILT |
| OGLETREE DEAKINS NASH ET AL | OGLETREE DEAKINS NASH ET AL | 1601 23RD AVENUE SOUTH |
| SUNTRUST PLAZA STE 1200 | SUNTRUST PLAZA STE 1200 | NASHVILLE, TN 37212 |
| 401 COMMERCE ST | 401 COMMERCE ST | |
| NASHVILLE, TN 37219- | NASHVILLE, TN 37219- | |

**Requested By:** OGLETREE DEAKINS NASH ET AL
**Patient Name:** ROBERTS KAYLA

**SSN:** *****2058
**DOB:** 121692

700605.4

RECEIVED
MAR 1 2 2012

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 22 | 0.60 | 13.20 |
| Per Page Copy (Paper) 2 | 45 | 0.85 | 38.25 |
| Per Page Copy (Paper) 3 | 5 | 0.00 | 0.00 |
| Shipping | | | 5.15 |
| Subtotal | | | 74.60 |
| Sales Tax | | | 6.90 |
| Invoice Total | | | 81.50 |
| | | | 81.50 |

Vendor # 221756 Location # 106
Approved by mos Date 3-13-12
Timekeeper #
G/L Code 02012
Client Matter # 700605.4
Cost Code
Voucher # 876975 Pay Date 4/3

at www.HealthPortPay.com

Terms: Net 30 days

**Please remit this amount : $ 81.50 (USD)**

- - - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**EXHIBIT**
*P*
tabbies

Invoice #: **0105803100**

Check # _____

Payment Amount $_____

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.