*TIME AND EXPENSE INVOICE*

# SOLUTIONS ON POINT
-----------------------------------------------------------------------------------------------------Ms. Amy
Crockett                              January 8, 2013

Ogltree, Deakins Smoak, Nash & Stewart
401 Commerce Street, Suite 1200
Nashville, Tennessee 37219

    Re:        The Finish Line vs. EEOC

    Matter#:    700605-00004

**HOURS:**    @110.00        =

**SURVEILLANCE**        =    N/A

**SKIP TRACE:**        =    N/A

Subpoena Service 3@ 85    =    255.00
Courtesy Discount            -85.00
                      Miles:    Included

*Medical Records Copy Invoice:*    =    *No Charge*

**OFFICE/EXPENSES:**    **COPIES**    =    23.50

*Subtotal:*    *255.00*
*Courtesy Discount:*    *-85.00*

*TOTAL:*    *170.00*

***PLEASE REMIT INVOICE UPON RECIEPT:*

SOLUTIONS ON POINT
POST OFFICE 293146
NASHVILLE, TENNESSEE 37229 – 3146


EXHIBIT A