*TIME AND EXPENSE INVOICE*

# SOLUTIONS ON POINT

-----------------------------------------------------------------------------------------------------------Ms. Amy Crockett                                    January 14, 2013

Ogltree, Deakins Smoak, Nash & Stewart
401 Commerce Street, Suite 1200
Nashville, Tennessee 37219

    Re:        The Finish Line vs. EEOC

    Matter#:    700605-00004

**HOURS:**        @110.00        =

**SURVEILLANCE**        =    N/A

**SKIP TRACE:**        =    N/A

**Subpoena Service 3@ 85**    =    85.00
**Courtesy Discount**
        Miles:    Included

*Medical Records Copy Invoice:*    =    No Charge

**OFFICE/EXPENSES:**    COPIES    =

*Subtotal:*    *85.00*

*TOTAL:* **$85.00**

***PLEASE REMIT INVOICE UPON RECIEPT:*

*SOLUTIONS ON POINT*
*POST OFFICE 293146*
*NASHVILLE, TENNESSEE 37229 – 3146*



EXHIBIT
B