

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150341 | 3/28/2012 | 65610 |
| Job Date | | Case No. |
| 3/9/2012 | | 3:11-CV-00920 |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

RECEIVED MAR 29 2012

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

700605.00004

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kayla Roberts | 228.00 Pages | @ | 5.35 | 1,219.80 |
| Exhibit | 105.00 Pages | @ | 0.25 | 26.25 |
| Hourly Attendance | 7.25 Hours | @ | 35.00 | 253.75 |
| Parking | | | 15.00 | 15.00 |
| UPS Ground | | | 13.90 | 13.90 |
| | | **TOTAL DUE >>>** | | **$1,528.70** |

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998   Location # 106
Approved by MWS   Date 4-4-12
Timekeeper #
G/L Code 02012
Client Matter # 700605.4
Cost Code
Voucher # 885370   Pay Date 4/24

**Tax ID:** 62-1115311

Phone: 615-254-1900   Fax: 254-1908

*Please detach bottom portion and return with payment.*

---

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.  : 150341
Invoice Date : 3/28/2012
**Total Due**   : **$ 1,528.70**

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting & Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

Job No.    : 65610
BU ID      : 1-VJ
Case No.   : 3:11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line, Inc.

EXHIBIT C

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150405 | 4/9/2012 | 65611 |
| Job Date | Case No. | |
| 3/9/2012 | 3:11-CV-00920 | |

**Case Name**

Equal Employment Opportunity Commission vs. The Finish Line, Inc.

**Payment Terms**

Due upon receipt

**VJ VOWELL AND JENNINGS**

214 2nd Avenue, North  Ph. 615-256-1935
Nashville, TN 37201  Fax 615-244-3434

RECEIVED APR 10 2012

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

700605.4

VIDEO SERVICES FOR DEPOSITION OF:
  Kayla Roberts                                    1,313.75
  SALES TAX                                           4.88

                                TOTAL DUE >>>    $1,318.63

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998   Location # 106
Approved by MWS   Date 4-13-12
Timekeeper # 
G/L Code 02012
Client Matter # 700605.4
Cost Code 
Voucher # 888377   Pay Date 5/1

**Tax ID:** 62-1115311                     Phone: 615-254-1900  Fax:254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.   : 150405
Invoice Date  : 4/9/2012
**Total Due**  : $ 1,318.63

Remit To: **Vowell & Jennings, Inc.**
  **Court Reporting & Legal Video Services**
  **214 Second Avenue, North - Suite 207**
  **Nashville, TN 37201**

Job No.    : 65611
BU ID      : Video
Case No.   : 3:11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line, Inc.