KFB Court Reporting, Inc.
P.O. Box 3776
Clarksville, TN 37043

*700605.4*

# INVOICE

OGLETREE DEAKINS NASH SMOAK & STEWART PC  
ATTN: Jonathan O. Harris  
402 SunTrust Plaza  
Suite 1200  
Nashville, TN 37219

Invoice Number: 100078  
Invoice Date: 06/25/2012

In RE: EEOC v. The Finish Line, Inc.; Docket No. 3:11-cv-0920  
Gallian Fulton III  
Attendance Date: 03/29/2012, 10:00am

| Qty Description | Rate | Ext |
|---|---|---|
| 208 Pages - Copy of Deposition Transcript | 2.00 | 416.00 |
| 103 Exhibits - Scanned In | 0.25 | 25.75 |
| 1 Postage/Courier Fee | 8.00 | 8.00 |
| Invoice Total: | | 449.75 |

We Appreciate Your Business

Tax ID: 45-4334341

Website: www.kfbreporting.com  
Direct: 931.206.2003

Please make checks payable to:  
KFB Court Reporting, Inc.

We accept Visa, Mastercard, Discover.

Vendor # _____  Location # *104*  
Approved by *MWS*  Date *7-3-12*  
Timekeeper # _____  
G/L Code *02012*  
Client Matter # *700605.4*  
Cost Code _____  
Voucher # *913552*  Pay Date *7/17*



EXHIBIT E