

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150599 | 4/10/2012 | 65608 |

| Job Date | Case No. | |
|---|---|---|
| 3/30/2012 | 3:11-CV-00920 | |

| Case Name |
|---|
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

VOWELL AND JENNINGS

214 2nd Avenue, North   Ph. 615-256-1935
Nashville, TN 37201     Fax 615-244-3434

RECEIVED
APR 11 2012

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

700605.4

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
  Miranda Watson                                          1,406.70

                                        TOTAL DUE >>>    $1,406.70

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998       Location # 106
Approved by MWS       Date 4-13-12
Timekeeper #
G/L Code 02012
Client Matter # 700605.4
Cost Code
Voucher # 888376      Pay Date 5/1

**Tax ID:** 62-1115311                    Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.  : 150599
Invoice Date : 4/10/2012
**Total Due** : $ 1,406.70

EXHIBIT
F

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting & Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

Job No.    : 65608
BU ID      : 1-VJ
Case No.   : 3:11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line, Inc.

# INVOICE

**VJ** V O W E L L
— AND —
J E N N I N G S

214 2nd Avenue, North   Ph. 615-256-1935
Nashville, TN 37201     Fax 615-244-3434

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

RECEIVED
APR 19 2012

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150701 | 4/18/2012 | 65609 |
| Job Date | Case No. | |
| 3/30/2012 | 3:11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

700605-4

VIDEO SERVICES FOR DEPOSITION OF:

| | |
|---|---|
| Miranda Watson | 648.75 |
| SALES TAX | 4.88 |
| **TOTAL DUE >>>** | **$653.63** |

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998    Location # 106
Approved by MNS   Date 4-20-12
Timekeeper # _____
G/L Code  02012
Client Matter #   700605.4
Cost Code _____
Voucher # _____   Pay Date _____

Tax ID: 62-1115311                              Phone: 615-254-1900   Fax: 254-1908

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

| | | |
|---|---|---|
| Invoice No. | : | 150701 |
| Invoice Date | : | 4/18/2012 |
| **Total Due** | : | **$ 653.63** |

Remit To:  **Vowell & Jennings, Inc.**
**Court Reporting & Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

| | | |
|---|---|---|
| Job No. | : | 65609 |
| BU ID | : | Video |
| Case No. | : | 3:11-CV-00920 |
| Case Name | : | Equal Employment Opportunity Commission vs. The Finish Line, Inc. |