KFB Court Reporting, Inc.
P.O. Box 3776
Clarksville, TN 37043

*700605.4*

# INVOICE

OGLETREE DEAKINS NASH SMOAK & STEWART PC
ATTN: Jonathan O. Harris
402 SunTrust Plaza
Suite 1200
Nashville, TN 37219

Invoice Number: 100079
Invoice Date: 06/29/2012

---

In RE:   EEOC v. The Finish Line, Inc.; Docket No. 3:11-cv-0920
Donald ~~David~~ Goode
Attendance Date: 05/04/2012, 9:30am

---

| Qty Description | Rate | Ext |
|---|---|---|
| 232 Pages - Original Deposition Transcript (Transcribed by Beverley Byard) | 4.00 | 928.00 |
| | Invoice Total: | 928.00 |

| |
|---|
| We Appreciate Your Business |

Tax ID: 45-4334341

Website: www.kfbreporting.com
Direct: 931.206.2003

Please make checks payable to:
KFB Court Reporting, Inc.

We accept Visa, Mastercard, Discover.

Vendor # _____  Location # **106**
Approved by **mWS**  Date **7-3-12**
Timekeeper # _____
G/L Code **0 2012**
Client Matter # **700605.4**
Cost Code _____
Voucher # **913551**  Pay Date **7/24**



EXHIBIT
G