RECEIVED MAY 24 2012

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151272 | 5/23/2012 | 66183 |
| Job Date | Case No. | |
| 5/8/2012 | 3:11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

**VJ VOWELL AND JENNINGS**
214 2nd Avenue, North   Ph. 615-256-1935
Nashville, TN 37201   Fax 615-244-3434

*700605 - 000004*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Robert Trail                                                              1,194.30

                                                    **TOTAL DUE >>>      $1,194.30**

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998   Location # 106
Approved by MWS   Date 5-30-12
Timekeeper # _____
G/L Code 02012
Client Matter # 700605.4
Cost Code _____
Voucher # 903176   Pay Date 6/19

**Tax ID:** 62-1115311                                         Phone: 615-254-1900   Fax: 254-1908

*Please detach bottom portion and return with payment.*

---

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.   : 151272
Invoice Date  : 5/23/2012
**Total Due**  : **$ 1,194.30**

Job No.   : 66183
BU ID     : 1-VJ
Case No.  : 3:11-CV-00920
Case Name : Equal Employment Opportunity Commission vs. The Finish Line, Inc.

Remit To: **Vowell & Jennings, Inc.**
        **Court Reporting & Legal Video Services**
        **214 Second Avenue, North - Suite 207**
        **Nashville, TN 37201**

EXHIBIT H