# INVOICE

**VJ VOWELL AND JENNINGS**
214 2nd Avenue, North   Ph. 615-256-1935
Nashville, TN 37201   Fax 615-244-3434

 AUG 13 2012

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152231 | 8/2/2012 | 67124 |
| Job Date | Case No. | |
| 7/16/2012 | 3:11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

700605-4

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

---

ORIGINAL TRANSCRIPT OF:
  Barbara Roberts                                                                 617.55

                                                    TOTAL DUE >>>          $617.55

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 00199 8   Location # 106
Approved by MWS    Date 8-16-12
Timekeeper # _____
G/L Code 02012
Client Matter # 700605.4
Cost Code _____
Voucher # 927072   Pay Date 8/28

**Tax ID:** 62-1115311                          Phone: 615-254-1900   Fax: 254-1908

*Please detach bottom portion and return with payment.*

---

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.   : 152231
Invoice Date  : 8/2/2012
**Total Due**   : **$ 617.55**

Job No.    : 67124
BU ID      : 1-VJ
Case No.   : 3:11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line, Inc.

Remit To:  **Vowell & Jennings, Inc.**
           **Court Reporting & Legal Video Services**
           **214 Second Avenue, North - Suite 207**
           **Nashville, TN 37201**

EXHIBIT K

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152412 | 8/14/2012 | 67128 |
| Job Date | Case No. | |
| 7/16/2012 | 3:11-CV-00920 | |

| Case Name |
|---|
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

**VJ VOWELL AND JENNINGS**
214 2nd Avenue, North   Ph. 615-256-1935
Nashville, TN 37201   Fax 615-244-3434

RECEIVED AUG 15 2012

7006054

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

VIDEO SERVICES FOR DEPOSITION OF:
  Barbara Roberts                                                                 466.25

                                                TOTAL DUE >>>          $466.25

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 00698    Location # 106
Approved by MWS    Date 8-16-12
Timekeeper #
G/L Code 02012
Client Matter # 7006054
Cost Code
Voucher # 927073    Pay Date 9/4

Tax ID: 62-1115311                                    Phone: 615-254-1900   Fax:254-1908

*Please detach bottom portion and return with payment.*

---

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.   : 152412
Invoice Date  : 8/14/2012
**Total Due**   : **$ 466.25**

Remit To: **Vowell & Jennings, Inc.**
   Court Reporting & Legal Video Services
   214 Second Avenue, North - Suite 207
   **Nashville, TN 37201**

Job No.    : 67128
BU ID      : Video
Case No.   : 3:11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line, Inc.