# MERRILL CORPORATION

**LegaLink, Inc.**

4400 Old Canton Road
Suite 160
Jackson, MS 39211
Phone: 601.366.9676
Fax: 601.366.9756

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22041486 | 09/28/2012 | 2207-26180 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/06/2012 | ROBEAW | 3:11CV00920 |

| CASE CAPTION |
|---|
| EEOC v. The Finish Line, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
401 Commerce Street Suite 1200
Nashville, TN 37219

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
   Crystal Freeman                                                      694.00

                                        TOTAL   DUE   >>>>            694.00

If you have any questions regarding billing, please call us at (601)366-9676 or
(228)-762-1035    WE APPRECIATE YOUR BUSINESS!!!

Deposition Location: Myrtle Beach, SC

TAX ID NO.: 20-2665382                                    (615) 726-2737

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
401 Commerce Street Suite 1200
Nashville, TN 37219

Invoice No.: 22041486
Date       : 09/28/2012
TOTAL DUE  :    694.00

Job No.  : 2207-26180
Case No. : 3:11CV00920
EEOC v. The Finish Line, Inc.

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

**EXHIBIT**

tabbies®

M

# MERRILL CORPORATION

**LegaLink, Inc.**

4400 Old Canton Road
Suite 160
Jackson, MS 39211
Phone: 601.366.9676
Fax: 601.366.9756

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22043015 | 01/23/2013 | 2208-26181 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/06/2012 | ROBEAW | 3:11CV00920 |
| **CASE CAPTION** | | |
| EEOC v. The Finish Line, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

RECEIVED JAN 3 1 2013

*700605-4*

Amy L. Crockett
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
401 Commerce Street Suite 1200
Nashville, TN 37219

```
COPY OF VIDEOTAPE RECORDING OF:
    Crystal Freeman                                          430.00

                                       TOTAL   DUE  >>>>      430.00

If you have any questions regarding billing, please call us at (601)366-9676 or
(800)-372-DEPO    WE APPRECIATE YOUR BUSINESS!!!
```

TAX ID NO. : 20-2665382

(615) 726-2737

*Please detach bottom portion and return with payment.*

Amy L. Crockett
Ogletree, Deakins, Nash, Smoak, and Stewart
Sun Trust Center
401 Commerce Street Suite 1200
Nashville, TN 37219

```
Invoice No.:  22043015
Date       :  01/23/2013
TOTAL DUE  :     430.00


Job No.  :  2208-26181
Case No. :  3:11CV00920
EEOC v. The Finish Line, Inc.
```

Remit To:  **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**