# INVOICE

**VOWELL AND JENNINGS**
214 2nd Avenue, North
Nashville, TN 37201
Ph. 615-256-1935
Fax 615-244-3434

SEP 24 2012

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152868 | 9/21/2012 | 67782 |
| Job Date | Case No. | |
| 9/14/2012 | 3:11-CV-00920 | |

| Case Name |
|---|
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer S. Rusie
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

700605-4

ORIGINAL TRANSCRIPT OF:
Sarah Smith ........................................................................................... 702.07

**TOTAL DUE >>>** $702.07

Thank you for your business! Vowell & Jennings now also serves Memphis!

Vendor # 001998   Location # 106
Approved by MWS   Date 9-25-12
Timekeeper # _____
G/L Code 02012
Client Matter # 700605.4
Cost Code _____
Voucher # 943121   Pay Date 10/1/10

Tax ID: 62-1115311                                   Phone: 615-254-1900   Fax: 254-1908

*Please detach bottom portion and return with payment.*

Jennifer S. Rusie
Ogletree, Deakins, Nash, Smoak & Stewart
SunTrust Plaza, Suite 1200, 401 Commerce Street
Nashville, TN 37219

Invoice No.  : 152868
Invoice Date : 9/21/2012
**Total Due** : $ 702.07

Job No.    : 67782
BU ID      : 1-VJ
Case No.   : 3:11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line, Inc.

**EXHIBIT N**

Remit To: **Vowell & Jennings, Inc.**
          **Court Reporting & Legal Video Services**
          214 Second Avenue, North - Suite 207
          **Nashville, TN 37201**