

FREEDOM
FREEDOMREPORTING.COM
Phone: 205-397-2397 Local • 877-373-3660 Toll Free

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 137138 | 9/21/2012 | 108911 |
| Job Date | Cause No. | |
| 9/14/2012 | 3.11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line | | |
| Payment Terms | | |
| Due upon receipt | | |



SEP 24 2012

7006054

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446

ORIGINAL TRANSCRIPT OF:
   Ashley Hopmayer     76.00 Pages     465.12
      Exhibit     43.00 Pages     15.05
      Half Day Per Diem     60.00
      Exhibits/CD Duplication     15.00
      Condensed     10.00
      Depo Drive     15.00
      Delivery - UPS Air Saver     16.12

**TOTAL DUE >>> $596.29**

Reporter: Audri Deason
Videotaped deposition.
Etran sent 9/20/12 with hard copies shipped out Friday, 9/21/12, next day air saver. Invoiced at four day expedited rates.
Read & sign sent c/o Kenneth Anderson.

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt./MA

Tax ID: 20-2776665

*Please detach bottom portion and return with payment.*

Vendor # 215320    Location # 106
Approved by MS    Date 9-25-12
Timekeeper # _____
G/L Code 2012
Client Matter # 7006054
Cost Code _____
Voucher # 943113    Pay Date 10/1/12

Remit To: Freedom Court Reporting, Inc
           2015 3rd Avenue North
           Birmingham, AL 35203

Invoice No.  : 137138
Invoice Date : 9/21/2012
**Total Due**   : **$ 596.29**

Job No.    : 108911
BU ID     : FCR
Cause No.  : 3.11-CV-00920
Case Name : Equal Employment Opportunity Commission vs. The Finish Line

**EXHIBIT**
tabbies



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136591 | 9/18/2012 | 108912 |

| Job Date | Case No. |
|---|---|
| 9/14/2012 | |

| Case Name |
|---|
| Equal Employment Opportunity Commission vs. The Finish Line |

| Payment Terms |
|---|
| Due upon receipt |

RECEIVED
SEP 20 2012

700605-4

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446

Ashley Hopmayer
- Video Set-up/Appearance/1st Two Hours ............................................. 350.00
- MPeg (s) - Original .................................. 2.00 ........... 20.00
- Tape Archive .......................................... 2.00 ........... 30.00
- Hand Delivered ................................................................. 0.00

**TOTAL DUE >>> $400.00**

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt.

Vendor # 215320  Location # 104
Approved by MWS   Date 9-25-12
Timekeeper # 
G/L Code 0012
Client Matter # 700605.4
Cost Code 
Voucher # 443120   Pay Date 10/16

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

Jonathan O. Harris
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446

Invoice No.  : 136591
Invoice Date : 9/18/2012
**Total Due**  : **$ 400.00**

Remit To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL 35203**

Job No.   : 108912
BU ID     : FCR
Case No.  :
Case Name : Equal Employment Opportunity Commission vs. The Finish Line