

| HealthPort | HealthPort INVOICE | Invoice #: 0105803100 |
|---|---|---|
| P.O. Box 409740 | | Date: 3/8/2012 |
| Atlanta, Georgia 30384-9740 | | Customer #: 629395 |
| Fed Tax ID 58 - 2659941 | | |
| (770) 754 - 6000 | | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JONATHAN O HARRIS | JONATHAN O HARRIS | PSYCHIATRIC HOSP AT VANDERBILT |
| OGLETREE DEAKINS NASH ET AL | OGLETREE DEAKINS NASH ET AL | 1601 23RD AVENUE SOUTH |
| SUNTRUST PLAZA STE 1200 | SUNTRUST PLAZA STE 1200 | NASHVILLE, TN 37212 |
| 401 COMMERCE ST | 401 COMMERCE ST | |
| NASHVILLE, TN 37219- | NASHVILLE, TN 37219- | |

**Requested By:** OGLETREE DEAKINS NASH ET AL    **SSN:** *****2058    RECEIVED
**Patient Name:** ROBERTS KAYLA    **DOB:** 121692    MAR 1 2 2012

*700605.4*

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 22 | 0.60 | 13.20 |
| Per Page Copy (Paper) 2 | 45 | 0.85 | 38.25 |
| Per Page Copy (Paper) 3 | 5 | 0.00 | 0.00 |
| Shipping | | | 5.15 |
| Subtotal | | | 74.60 |
| Sales Tax | | | 6.90 |
| Invoice Total | | | 81.50 |
| | | | 81.50 |

Vendor # 221756    Location # 106
Approved by mros    Date 3-13-12
Timekeeper # ___
G/L Code 02012
Client Matter # 700605.4
Cost Code ___
Voucher # 876975    Pay Date 4/3    at www.HealthPortPay.com

Terms: Net 30 days    Please remit this amount : $ 81.50 (USD)

---

**EXHIBIT P**

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0105803100

Check # ___
Payment Amount $ ___

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.