KFB Court Reporting, Inc.
P.O. Box 3776
Clarksville, TN 37043

# INVOICE

EEOC - MEMPHIS DISTRICT OFFICE
ATTN: Kenneth Anderson
1407 Union Avenue
Suite 900
Memphis, TN 38104

Invoice Number: 100114
Invoice Date: 09/27/2012

In RE: EEOC v. The Finish Line, Inc.; Docket No. 3:11-cv-0920
Sam Bolling
Attendance Date: 06/28/2012, 9:30am

| Qty Description | Rate | Ext |
|---|---|---|
| 1 Appearance Fee (Full Day) ($50 credit for ordering transcript) | 200.00 | 200.00 |
| 150 Pages - Original Transcript of Sam Bolling | 4.00 | 600.00 |
| 67 Exhibits - Black & White, Scanned | 0.25 | 16.75 |
| | Invoice Total: | 816.75 |

We Appreciate Your Business

Tax ID: 45-4334341

Website: www.kfbreporting.com
Direct: 931.206.2003

Please make checks payable to:
KFB Court Reporting, Inc.

We gladly accept Visa, Mastercard, & Discover.
(Visit our website to make an online payment.)

# MERRILL CORPORATION

**LegaLink, Inc.**
4400 Old Canton Road
Suite 160
Jackson, MS 39211
Phone: 601.366.9676
Fax: 601.366.9756

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22041429 | 09/25/2012 | 2207-26180 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/06/2012 | ROBEAW | 3:11CV00920 |

**CASE CAPTION**

EEOC v. The Finish Line, Inc.

**TERMS**

Immediate, sold FOB Merrill facility

Kenneth P. Anderson
EEOC
1407 Union Avenue
Suite 900
Memphis, TN 38104

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
    Crystal Freeman                         249 Pages                        1,020.90
        ATTENDANCE                                                             120.00
        Exhibits 1-149                      66.00 Pages                         26.40

                                      TOTAL   DUE   >>>>                     1,167.30

If you have any questions regarding billing, please call us at (601)366-9676 or
(228)-762-1035    WE APPRECIATE YOUR BUSINESS!!!

Deposition Location: Myrtle Beach, SC
```

TAX ID NO.: 20-2665382                                                    (901) 544-0138

*Please detach bottom portion and return with payment.*

---

Kenneth P. Anderson
EEOC
1407 Union Avenue
Suite 900
Memphis, TN 38104

Invoice No.: 22041429
Date       : 09/25/2012
**TOTAL DUE** :   1,167.30

Job No.    : 2207-26180
Case No.   : 3:11CV00920
EEOC v. The Finish Line, Inc.

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

4400 Old Canton Road
Suite 160
Jackson, MS 39211
Phone: 601.366.9676
Fax: 601.366.9756

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22041387 | 09/28/2012 | 2208-26181 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/06/2012 | ROBEAW | 3:11CV00920 |

| CASE CAPTION |
|---|
| EEOC v. The Finish Line, Inc. |
| TERMS |
| Immediate, sold FOB Merrill facility |

Kenneth P. Anderson
EEOC
1407 Union Avenue
Suite 900
Memphis, TN 38104

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Crystal Freeman                                                845.00

                                     TOTAL  DUE   >>>>            845.00

If you have any questions regarding billing, please call us at (601)366-9676 or
(228)-762-1035    WE APPRECIATE YOUR BUSINESS!!!

Deposition Location:  Myrtle Beach, SC
```

TAX ID NO.: 20-2665382                                    (901) 544-0138

*Please detach bottom portion and return with payment.*

Kenneth P. Anderson
EEOC
1407 Union Avenue
Suite 900
Memphis, TN 38104

```
Invoice No.:  22041387
Date       :  09/28/2012
TOTAL DUE  :     845.00


Job No.    :  2208-26181
Case No.   :  3:11CV00920
EEOC v. The Finish Line, Inc.
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

KFB Court Reporting, Inc.
P.O. Box 3776
Clarksville, TN 37043

# INVOICE

EEOC - MEMPHIS DISTRICT OFFICE
ATTN: Kenneth Anderson
1407 Union Avenue
Suite 900
Memphis, TN 38104

Invoice Number: 100077
Invoice Date: 06/25/2012

In RE: EEOC v. The Finish Line, Inc.; Docket No. 3:11-cv-0920
Gallian Fulton III
Attendance Date: 03/29/2012, 10:00am

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 208 | Pages - Original Deposition Transcript | 4.00 | 832.00 |
| 1 | Appearance Fee | 250.00 | 250.00 |
| -1 | Appearance Fee (Applied due to ordering of transcript) | 50.00 | -50.00 |
| 103 | Exhibits - Scanned In | 0.25 | 25.75 |
| | | Invoice Total: | 1057.75 |

We Appreciate Your Business

Tax ID: 45-4334341

Website: www.kfbreporting.com
Direct: 931.206.2003

Please make checks payable to:
KFB Court Reporting, Inc.

We accept Visa, Mastercard, Discover.

KFB Court Reporting, Inc.
P.O. Box 3776
Clarksville, TN 37043

# INVOICE

EEOC - MEMPHIS DISTRICT OFFICE
ATTN: Kenneth Anderson
1407 Union Avenue
Suite 900
Memphis, TN 38104

Invoice Number: 100163
Invoice Date: 11/05/2012

In RE: EEOC v. The Finish Line, Inc.; Docket No. 3:11-cv-0920
Donald Goode
Attendance Date: 05/04/2012, 9:30am

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 232 | Pages - Transcript of Donald Goode (E-transcript) (Prepared by Beverley Byard) | 2.00 | 464.00 |
| 99 | Exhibits (Scanned) | 0.25 | 24.75 |
| | Invoice Total: | | 488.75 |

We Appreciate Your Business

Tax ID: 45-4334341

Website: www.kfbreporting.com
Direct: 931.206.2003

Please make checks payable to:
KFB Court Reporting, Inc.

We gladly accept Visa, Mastercard, & Discover.
(Visit our website to make an online payment.)

KFB Court Reporting, Inc.
P.O. Box 3776
Clarksville, TN 37043

# INVOICE

EEOC - MEMPHIS DISTRICT OFFICE
ATTN: Kenneth Anderson
1407 Union Avenue
Suite 900
Memphis, TN 38104

Invoice Number:   100080
Invoice Date:   06/29/2012

In RE:   EEOC v. The Finish Line, Inc.; Docket No. 3:11-cv-0920
David Goode
Attendance Date: 05/04/2012, 9:30am

| Qty Description | Rate | Ext |
|---|---|---|
| 1 Appearance Fee (Not Transcribed) - Reported by Beverley Byard | 250.00 | 250.00 |
| | Invoice Total: | 250.00 |

We Appreciate Your Business

Tax ID: 45-4334341

Website: www.kfbreporting.com
Direct: 931.206.2003

Please make checks payable to:
KFB Court Reporting, Inc.

We accept Visa, Mastercard, Discover.

## MERRILL CORPORATION

**LegaLink, Inc.**
4400 Old Canton Road
Suite 160
Jackson, MS 39211
Phone: 601.366.9676
Fax: 601.366.9756

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22040758 | 06/27/2012 | 2207-25549 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/21/2012 | ASSOCO | 3:11CV00920 |
| **CASE CAPTION** | | |
| EEOC v. The Finish Line, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Kelley R. Thomas
Equal Employment Opportunity Commission
1407 Union Avenue
Suite 901
Memphis, TN 38104

```
ORIGINAL + E-TRANSCRIPT COPY OF TRANSCRIPT & WORD INDEX OF:
   Regina Heller                         198 Pages                811.80
         ATTENDANCE                                                250.00
         Exhibits 1-149              √46.00 Pages                   18.40
                                                              ----------
                                  TOTAL   DUE   >>>>            1,080.20

This is the ReBilled Invoice.  The Original Invoice # is: 22040490
```

TAX ID NO.: 20-2665382                    (901) 544-0107    Fax (901) 544-0111

*Please detach bottom portion and return with payment.*

Kelley R. Thomas
Equal Employment Opportunity Commission
1407 Union Avenue
Suite 901
Memphis, TN 38104

Invoice No.: 22040758
Date       : 06/27/2012
**TOTAL DUE** :    1,080.20

Job No.  : 2207-25549
Case No. : 3:11CV00920
EEOC v. The Finish Line, Inc.

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



**FREEDOM**
FREEDOMREPORTING.COM
Phone: 205-397-2397 · 877-373-3660

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 137140 | 9/21/2012 | 108911 |
| **Job Date** | **Cause No.** | |
| 9/14/2012 | 3.11-CV-00920 | |
| **Case Name** | | |
| Equal Employment Opportunity Commission vs. The Finish Line | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kenneth Anderson
EEOC - Memphis District Office
1407 Union Avenue, Ste. 900
Memphis, TN 38104

1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Ashley Hopmayer | 76.00 | Pages | 291.08 |
| Exhibit | 43.00 | Pages | 15.05 |
| Exhibits/CD Duplication | | | 15.00 |
| Condensed | | | 10.00 |
| Depo Disk | | | 15.00 |
| Delivery - UPS Air Saver | | | 16.12 |

**TOTAL DUE >>>**     **$362.25**

Reporter: Audri Deason
Videotaped deposition.
Etran sent 9/20/12 with hard copies shipped out Friday, 9/21/12, next day air saver. Invoiced at four day expedited rates.
Read & sign sent c/o Kenneth Anderson.

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt./MA

| | |
|---|---|
| (-) Payments/Credits: | 49.87 |
| (+) Finance Charges: | 0.00 |
| (=) New Balance: | 312.38 |

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

Kenneth Anderson
EEOC - Memphis District Office
1407 Union Avenue, Ste. 900
Memphis, TN 38104

| | | |
|---|---|---|
| Invoice No. | : | 137140 |
| Invoice Date | : | 9/21/2012 |
| **Total Due** | : | **$312.38** |

Remit To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL 35203**

| | | |
|---|---|---|
| Job No. | : | 108911 |
| BU ID | : | FCR |
| Cause No. | : | 3.11-CV-00920 |
| Case Name | : | Equal Employment Opportunity Commission vs. The Finish Line |

# MERRILL CORPORATION

**LegaLink, Inc.**  
4400 Old Canton Road  
Suite 160  
Jackson, MS 39211  
Phone: 601.366.9676  
Fax: 601.366.9756  

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 22041152 | 08/13/2012 | 2207-25943 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/24/2012 | ASSOCO | 3:11CV00920 |

**CASE CAPTION**

EEOC v. The Finish Line, Inc.

**TERMS**

Immediate, sold FOB Merrill facility

Kenneth P. Anderson  
EEOC  
1407 Union Avenue  
Suite 900  
Memphis, TN 38104  

```
ORIGINAL + ELECTRONIC COPY OF TRANSCRIPT AND WORD INDEX OF:
   Tobias Mathis                                                      694.70

                                          TOTAL   DUE   >>>>          694.70

If you have any questions regarding billing, please call us at (601)366-9676 or
(228)-762-1035    WE APPRECIATE YOUR BUSINESS!!!

Deposition Location:  Indianapolis, IN
```

TAX ID NO.: 20-2665382                                                     (901) 544-0138

*Please detach bottom portion and return with payment.*

---

Kenneth P. Anderson  
EEOC  
1407 Union Avenue  
Suite 900  
Memphis, TN 38104  

```
Invoice No.:  22041152
Date       :  08/13/2012
TOTAL DUE  :     694.70


Job No.    :  2207-25943
Case No.   :  3:11CV00920
EEOC v. The Finish Line, Inc.
```

Remit To:    **LegaLink, Inc.**  
                PO Box 277951  
                Atlanta, GA 30384



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150342 | 3/28/2012 | 65610 |
| Job Date | Case No. | |
| 3/9/2012 | 3:11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Mark Chen
Equal Employment Opportunity Commission
220 Athens Way, Suite350
Nashville, TN 37228

| 1 COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Kayla Roberts | | 228.00 Pages | @ | 2.55 | 581.40 |
| Exhibit | | 105.00 Pages | @ | 0.20 | 21.00 |
| E-Tran | | | | 40.00 | 40.00 |
| | | **TOTAL DUE >>>** | | | **$642.40** |

Thank you for your business! Vowell & Jennings now also serves Memphis!

Tax ID: 62-1115311                                                                      Phone:     Fax:615-736-2107

*Please detach bottom portion and return with payment.*

Mark Chen
Equal Employment Opportunity Commission
220 Athens Way, Suite350
Nashville, TN 37228

| Invoice No. | : | 150342 |
|---|---|---|
| Invoice Date | : | 3/28/2012 |
| **Total Due** | : | **$642.40** |

Remit To: Vowell & Jennings, Inc.
Court Reporting & Legal Video Services
214 Second Avenue, North - Suite 207
Nashville, TN 37201

| Job No. | : | 65610 |
|---|---|---|
| BU ID | : | 1-VJ |
| Case No. | : | 3:11-CV-00920 |
| Case Name | : | Equal Employment Opportunity Commission vs. The Finish Line, Inc. |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150600 | 4/10/2012 | 65608 |
| Job Date | Case No. | |
| 3/30/2012 | 3:11-CV-00920 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. The Finish Line, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

**VOWELL AND JENNINGS**
214 2nd Avenue, North    Ph. 615-256-1935
Nashville, TN 37201    Fax 615-244-3434

Kenneth P. Anderson
U.S. Equal Employment Opportunity Commission
1407 Union Avenue
Suite 900
Memphis, TN 38104

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Miranda Watson | 155.00 Pages | @ | 2.55 | 395.25 |
| Exhibit | 88.00 Pages | @ | 0.20 | 17.60 |
| E-Tran | | | 40.00 | 40.00 |
| | | **TOTAL DUE >>>** | | **$452.85** |

Thank you for your business! Vowell & Jennings now also serves Memphis!

Tax ID: 62-1115311

Phone: 901.544.0137  Fax:

*Please detach bottom portion and return with payment.*

Kenneth P. Anderson
U.S. Equal Employment Opportunity Commission
1407 Union Avenue
Suite 900
Memphis, TN 38104

Invoice No.    : 150600
Invoice Date  : 4/10/2012
Total Due     : $452.85

Job No.    : 65608
BU ID      : 1-VJ
Case No.   : 3:11-CV-00920
Case Name  : Equal Employment Opportunity Commission vs. The Finish Line, Inc.

Remit To: Vowell & Jennings, Inc.
Court Reporting & Legal Video Services
214 Second Avenue, North - Suite 207
Nashville, TN 37201



**BILLING STATEMENT**

| CUSTOMER NO. | STATEMENT DATE | PAGE NO |
|---|---|---|
| 103475 | 01/31/2013 | 1 |

Accounting Correspondence to: 633 Yesler Way, Seattle, WA 98104 | (206) 521-9000 | AR@abclegal.com

*Reminder: We accept all major credit cards. Call to make a single payment or monthly automatic payment.*

U S EEOC -Memphis   (PFI)
1407 Union Ave, #621
Memphis TN          38104

*Re-print Invoices at ABCLegal.com*

| DATE | TRANSACTION NUMBER | CLIENT REF | CASE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01/17/2013 | PMT  CC6387 | | | | ( 100.00) |

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | PLEASE PAY THIS AMOUNT | BALANCE DUE |
|---|---|---|---|---|---|---|
| 0.00 | -100.00 | 0.00 | 0.00 | 0.00 | | -100.00 |

**TERMS: NET 30 DAYS**  Finance charges are computed at a monthly rate of 1.5% which is an annual rate of 18%. Charges are assessed on all invoices more than 30 days past due.

| BBF | Balance Forward | SLS | Sales / Invoices | FIN | Finance Charges |
|---|---|---|---|---|---|
| RTN | Returns | CR | Credit Memo | | |
| DR | Debit Memos | PMT | Payments | | |

**ABC Standard MAIL**

Transmitted with Liaison Messenger for MBS - 800 811 4618



633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To:
Nancy Kincaide
Equal Employment Opportunity Comm, 1407 Union
Memphis, TN 38104

Account #: 103475    Phone: 901-544-0107
Client Attn:
Order Attn: Nancy Kincaide

INVOICE #: **9545121**



DATE: Feb 13 2013
BILL REF: 3:11cv0920

**AMOUNT DUE : $0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE |
| CASE NAME: | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION vs. THE FINISH LINE, INC., |
| CASE NUMBER: | 3:11-CV-0920    HEARING DATE: Jun 28 2012 |
| SERVEE: | SAMUEL W BOLLING, JR., |
| PERSON SERVED: | SAMUEL W BOLLING, JR., NAMED DEFENDANT, A white male approx. 25-30 years of age 5'10"-6'0" in height weighing 200-220 lbs with brown hair |
| SERVICE DATE: | Jun 16 2012 10:19AM    SERVED BY: David Miller |
| SERVICE ADDRESS: | 2709 CAYUGA DR MURFREESBORO, TN 37103 |
| DOCUMENTS: | SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL CASE; NOTICE TO TAKE DEPOSITION OF SAMUEL W. BOLLING, JR. |

**SERVICE NOTE**

**BAD ADDRESS LIST**

**INVESTIGATION STATUS:**

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| **SERVICE OF PROCESS** | | 100.00 |
| | SUB TOTAL | 100.00 |
| | PREPAID RETAINER | 100.00 |
| | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.